UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER #609509** | **CASE NO.  2:23-CV-00661 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BRENT THOMPSON ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Reports and Recommendations [docs. 11, 12] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections in the record;

**IT IS ORDERED** that plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction be **DENIED.**

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the plaintiff's claims that his personal property was stolen/not returned, that he was put on canteen restriction following a unit search, that prison officials are making copies of mail and destroying the original mail and that he lost his job as a result of a "bogus write-up" be **DISMISSED WITH PREJUDICE** and claims related to loss of good time credits be **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck bar in this matter has been lifted.

**IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that all claims against the following defendants: (1) Brent Thompson, (2) Krystle Simon, (3) Curley Victorian, (4) Mark Estes, (5) Col. Young, (6) J. Tillery, (7) Jessica Manuel, (8) Col. Johnson, (9) Major Wilson, (10) Christopher Lofton, (11) Capt. James, (12) Travis Jackson, (13) Zachery Dupree, (14) Lt. Thomas, (15) Sgt. Marciel, and (16) Sgt. McCray be **DISMISSED WITH PREJUDICE**

**THUS DONE AND SIGNED** in Chambers on the 23rd day of August, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE