**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER** | **DOCKET NO. 2:23-cv-00661** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BRENT THOMPSON, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' Motion for Summary Judgment (rec. doc. 30) be **GRANTED** and this suit be **DISMISSED WITHOUT PREJUDICE.** It is further **ORDERED** that the Motion to Amend [doc. 40], which the court determines would have no impact on the issues identified in defendants' motion, be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 27th day of June, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**